# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:96-cr-00028-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ALONZO LAWRENCE STRANGE, ) | |
| ) | |
| Defendant. ) | |

THE MATTER is before the Court on Defendant's "Motion Requesting . . . Free of Charge . . . Transcripts" (Doc. No. 178), filed January 21, 2004.

The record indicates that Defendant has filed two similar motions with this Court (Docs. Nos. 133, 135), both of which requested the transcripts in this matter. The Court denied both motions. (Docs. Nos. 134, 138). Moreover, Defendant, in his present motion, has failed to show how he satisfies the requirements of 28 U.S.C. § 753(f) to entitle him to a transcript at no charge. Defendant's appeal to the Fourth Circuit Court of Appeals was dismissed over eight years ago (Doc. No. 149), and the time for any further appeals or for filing a motion pursuant to 28 U.S.C. § 2255 has expired. For these reasons, Defendant's motion (Doc. No. 178) is DENIED.

IT IS SO ORDERED.

Signed: November 28, 2007

Frank D. Whitney
United States District Judge